UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12CR316-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **PRELIMINARY ORDER OF FORFEITURE** |
| JORGE MOLINA-SANCHEZ, | ) ) ) | |
| Defendant. | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a) as property that was proceeds of and/or was used to facilitate and/or involved in the crimes charged, together with any other substitute property, which would be subject to forfeiture under § 853(p).

Defendant was convicted at trial on Counts One and Four, among others, in the Bill of Indictment; and found guilty of the offenses charged in those counts. The government has moved for a preliminary order forfeiting two firearms, and defendant has consented to the forfeiture. The Court has considered the trial evidence and finds that there is a nexus between each of the assets sought by the government and defendant's crimes.

It is therefore ORDERED:

1. Based upon defendant's conviction at trial and the nexus established between the defendant's crimes and the property listed below, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law; provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein under 21 U.S.C. § 853(n): **One black Keltec model P11 9mm handgun (serial number 134880) and one Taurus 9mm handgun (serial number TWG87733), together with ammunition**.

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish as required by law notice of this order and notice that any person, other than the defendant, having or claiming a legal interest in any

of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may, as permitted by law and to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this order of forfeiture, as a substitute for published notice.

3. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: May 23, 2013

Frank D. Whitney
United States District Judge